1056

[No. 9941–8–I. Division One. May 23, 1983.]

ALICE J. DAVIS, *Appellant*, v. GLOBE MACHINE
MANUFACTURING COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 267000, Stanley W. Worswick, J., entered Jan-
uary 9, 1981. *Affirmed* by unpublished opinion per Callow,
J., concurred in by Andersen, C.J., and Scholfield, J.

[No. 4939–6–III. Division Three. May 24, 1983.]

SARAH NIELSON, ET AL, *Respondents*, v. GEORGIA
HELEN DEWEY, *Individually and as Trustee*,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant
County, No. 24148, Charles W. Cone, J., entered December
23, 1981. *Affirmed* by unpublished opinion per Roe, C.J.,
concurred in by Green and McInturff, JJ.

[No. 4982–5–III. Division Three. May 24, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. NAPOLEON
MAGANA CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 4186, Richard G. Patrick, J., entered
January 28, 1982. *Affirmed* by unpublished opinion per
Green, J., concurred in by Roe, C.J., and McInturff, J.